JOHNIE (SON) COOPER V. STATE.

No. 30,309. January 14, 1959.

No attorney for appellant of record on appeal.

*Leon Douglas,* State's Attorney, Austin, for the state.

MORRISON, Presiding Judge.

The offense is the sale of whiskey in a dry area; the punishment, a fine of $200.00.

Appellant plead guilty before the court without the intervention of a jury and cannot now be heard to complain that the state failed to prove the dry status of the area where the sale was

made. A plea of guilty in a misdemeanor case admits the truth of each material averment in the information. Hunt v. State, 167 Texas Cr. Rep. 51, 317 S.W. 2d 743; Hinojosa v. State, 151 Texas Cr. Rep. 301, 206 S.W. 2d 1011; and Ex parte Clinnard, 145 Texas Cr. Rep. 460, 169 S.W. 2d 181.

The judgment is affirmed.